IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-171-BO

JUDSON WITHAM,  )
          Plaintiff,  )
                        )              <u>O R D E R</u>
v.  )
                        )
NEW YORK STATE, *et al.*,  )
          Defendants.  )

This cause comes before the Court on plaintiff's *pro se* motion for removal and change of venue [DE 25]. Plaintiff seeks to transfer this action and another action filed in this district, No. 5:19-CV-260-BR, to the "New York federal courts". *Id.* at 10. Plaintiff filed his motion under 28 U.S.C. § 1404(a), which provides that "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."

This case is, however, closed. [DE 8]. As there is no pending action to transfer, the motion [DE 25] is DENIED.

SO ORDERED, this ___ day of February 2020.

                                          TERRENCE W. BOYLE
                                          CHIEF UNITED STATES DISTRICT JUDGE