IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:17-cv-00171-M

| | | |
|---|---|---|
| JUDSON WITHAM, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NEW YORK STATE, *et al.*, | ) | |
| Defendants. | ) | |

This matter comes before the court on Plaintiff Judson Witham's *pro se* motion seeking (1) removal and change of venue and (2) the recusal of various judges from the case based upon purported conflicts of interest [DE-27].

As the court noted in an earlier order denying another of Plaintiff's motions seeking removal and change of venue [DE-26], this case has already been closed [DE-8], and there is accordingly no case to remove or transfer. Additionally, the court concludes that Plaintiff has failed to articulate a valid basis for the court to order the recusal of any judge.

Plaintiff's motion is accordingly DENIED.

SO ORDERED this the 18th day of June, 2020.

Richard E Myers II
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE

1